STEWART W. CHAFFEE, Respondent, v. VLADIMIR KITTER, Appellant.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [Order denied motion by defendant for summary judgment.]

NAIM SHOOKER, Respondent, v. PACIFIC PRODUCTS CORPORATION et al., Appellants.— Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 280 App. Div. 760.]

In the Matter of the Arbitration between ROSELLE FABRICS INC., Appellant, and J. P. STEVENS & Co., INC., Respondent.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

In the Matter of SIXTY-SIX WEST FORTY EIGHTH STREET CORPORATION, Appellant. BENJAMIN & EDWARD GROSS CO., INC., Respondent, et al., Defendants.— The items so eliminated are not required nor appropriate under the statute. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

GERALDINE D. BEER, as Administratrix of the Estate of CHARLES S. DANZER. Deceased, Respondent, v. CHARLES GLASER, Appellant.— The circumstances here were sufficient to warrant the discretion exercised by the court at Special Term in allowing the amendment. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

BENDIX CHEMICAL CORPORATION, Respondent, v. RICHARD I. ROSENBERG, Appellant.— Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.